**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NUMFOR JUDE AMBE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-528-KC** |
| | § | |
| **TODD LYONS et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On March 3, 2026, the Court granted in part Numfor Jude Ambe's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Mar. 3, 2026, Order 3, ECF No. 4. Respondents have now informed the Court that an IJ granted Ambe a $3,500.00 bond. Status Report, ECF No. 5; *see id.* Ex. A ("IJ Order"), ECF No. 5-1.

It appears that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Mar. 3, 2026, Order. Accordingly, **the Clerk shall close the case**. To the extent Ambe wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 12th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE